I concur in the result reached by the majority. However, unlike the majority, I would not do so on the basis of resjudicata.
I do not find res judicata bars appellant's present claim. The September 20, 1996 denial of appellant's motion for further allowance in claim number 0021986-22 was based upon inactivity for six years. It was not a decision on the merits. Accordingly, I disagree with the majority appellant's claim is barred by the doctrine of res judicata.
Appellant's present claim alleged injury to the right ear[1] which might well have arisen subsequent to 1984, based upon continued exposure at the job site. Based upon my review of the medical reports, I find the statute of limitations as embodied in R.C. 4123.85 provides an independent ground for granting summary judgment to appellee. Accordingly, I concur in the majority's decision to affirm the trial court's judgment.
_______________________________
 _______________________________ JUDGE WILLIAM B. HOFFMAN
JUDGMENT ENTRY
CASE NO. 1998CA00107
For the reasons stated in the Memorandum-Opinion on file, the judgment of the Court of Common Pleas of Stark County, Ohio, is affirmed.
______________________________
______________________________
 ______________________________ JUDGES
[1] 0021986-22 did not recognize any injury to the right ear.